JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ESTATE OF JOSE SOSA, et al.,

Plaintiffs,

v.

REDONDO BEACH POLICE DEPARTMENT, et al.,

Defendants.

CV 25-2547 PA (JPRx)

JUDGMENT

Pursuant to the Court's October 13, 2026 Minute Order granting the Motion for Summary Judgment filed by defendants Redondo Beach Police Department and City of Redondo Beach ("Defendants"), granting summary judgment on the claims asserted by plaintiff Estate of Jose Sosa by and through his successor in interest, N.R. ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: October 13, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE